Same memorandum as in *Beeley v Spencer* ([appeal No. 5] 309 AD2d 1303 [2003]). Present—Pigott, Jr., P.J., Green, Pine, Scudder and Hayes, JJ.

■ TINA M. BEELEY, Individually and as Parent and Natural Guardian of LYNNE M. BEELEY, an Infant, Respondent, v VOLNEY R. SPENCER, Appellant, et al., Defendant. (Appeal No. 3.) [765 NYS2d 815] —Appeal from a judgment of Supreme Court, Erie County (O'Donnell, J.), entered June 11, 2002, which upon a jury verdict awarded plaintiff money damages against defendant Volney R. Spencer.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Beeley v Spencer* ([appeal No. 5] 309 AD2d 1303 [2003]). Present—Pigott, Jr., P.J., Green, Pine, Scudder and Hayes, JJ.

■ JOSEPH F. CEGIELSKI, Individually and as Parent and Natural Guardian of LISA CEGIELSKI and ERIN CEGIELSKI, Infants, Plaintiff, v VOLNEY R. SPENCER et al., Defendants. VOLNEY R. SPENCER, Third-Party Plaintiff-Appellant, v JAMES P. BEELEY, Third-Party Defendant-Respondent. (Appeal No. 4.) [765 NYS2d 815] —Appeal from a judgment of Supreme Court, Erie County (O'Donnell, J.), entered June 13, 2002, which, inter alia, dismissed the third-party complaint.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Pigott, Jr., P.J., Green, Pine, Scudder and Hayes, JJ.